UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| DAN TROMBLY,<br><br>        Plaintiff,<br><br>vs.<br><br>TRUCKEE MEADOWS FUNDING, INC.; JOAN H. ANDERSON; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. [MERS]; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC.; LSI TITLE AGENCY; TICOR TITLE OF NEVADA; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>        Defendants. | Case No.: 3:11-cv-00285-LRH-RAM<br><br><br>**ORDER CANCELING LIS PENDENS** |

This court issued an Order Granting Defendants CITIMORTGAGE, INC.'s and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s (MERS, together with Citimortgage, Inc., "CMI Defendants") Motion to Dismiss without leave to amend on September 6, 2011 [Dkt. 38].

CMI Defendants request that the *Lis Pendens* Plaintiff Dan Trombly recorded against the subject property in connection with this lawsuit be canceled.

1

1  The Court finds that Plaintiff recorded a Notice by Plaintiff of Pendency of Action (*Lis*
2  *Pendens*) on March 17, 2011, as No. 3984093 in the real property records maintained by the Washoe
3  County Recorder. A copy of the *Lis Pendens* is attached hereto as **Exhibit A** and fully incorporated
4  by reference.
5      UPON CONSIDERATION of CMI Defendants' request to cancel the *Lis Pendens*, and good
6  cause appearing therefore, the Court herby grants Defendants their requested relief and rules as
7  follows:
8      1.    IT IS ORDERED, ADJUDGED, and DECREED that the *Lis Pendens* is hereby
9  cancelled, released and expunged.
10     2.    IT IS FURTHER ORDERED ADJUDGED and DECREED that this Order canceling
11 the *Lis Pendens* has the same effect as an expungement of the original *Lis Pendens*.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3. IT IS FURTHER ORDERED ADJUDGED and DECREED that CMI Defendants record a properly certified copy of this cancellation Order in the real property records of Washoe county, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

DATED this 13th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

```
                                                              FILED
 1  Code No. 1935                                        2011 MAR 17 PM 12:10
    Rick Lawton, Esquire
 2  State Bar Number 00694                         COPY
    1460 Hwy 95A, North #1                              BY_____
 3  Fernley, NV 89408                                          DEPUTY
 4  775 867 5599
    775 867 2559 [fax]
 5  Attorney for Plaintiff(s)
```

6       IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

7                       IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| 9  DAN TROMBLY, | COPY - has not been compared with the Original Document - WCR |
| 10             Plaintiff, | |
| 11 vs. | Case No. CV11 00791 |
| 13 TRUCKEE MEADOWS FUNDING INC.; JOAN | Dept. No. 15 |
| 14 H. ANDERSON; MORTGAGE ELECTRONIC | |
|    REGISTRATION SYSTEMS, INC. [MERS]; | # 3984093 |
| 15 CAL-WESTERN RECONVEYANCE | 03/17/2011 12:59:04 PM |
|    CORPORATION; CITIMORTGAGE, INC.; LSI | Requested By |
| 16 TITLE AGENCY; TICOR TITLE OF NEVADA; | RICK LAWTON |
|    STANLEY S. SILVA; and DOES 1-25 | Washoe County Recorder |
| 17 CORPORATIONS, DOES and ROES 1-25 | Kathryn L. Burke - Recorder |
|    Individuals, Partnerships, or anyone claiming | Fee: $17.00 RPTT: $0.00 |
| 18 any interest to the property described in the | Page 1 of 4 |
| 19 action, | CONFORMED COPY |
| 20             Defendants. | |

21                          NOTICE OF LIS PENDENS

22         NOTICE IS HEREBY GIVEN that an action has been commenced

23  TO QUIET TITLE in the above-entitled Court by the above-named Plaintiffs against the

24  above-named Defendants to quiet the title for the premises and real estate in the

25  Complaint in said action, and hereinafter described, and to determine all and every claim,

26  estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises

                                          1

affected by this suit are situated in the County of Washoe, State of Nevada, and is more particularly described as follows:

Property address: 2210 CARTER, RENO, NEVADA, 89509.

Property description: LOT 16 IN BLOCK C, AS SHOWN ON THE AMENDED MAP OF ROCKWOOD SUBDIVISION, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON APRIL 29, 1946, AS FILE NO. 140715 AND AS TRACT MAP NO. 299.

APN: 009-265-12

## AFFIRMATION

Pursuant to NRS 239B.030, I hereby certify that the foregoing document does not contain the social security number of any person.

Respectfully submitted this 16th day of March, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____
RICK LAWTON, ESQ.
State Bar # 00694
5435 Reno Hwy
Fallon, Nevada 89406
(775) 867-5599