1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

DAN TROMBLY,

Plaintiff,

vs.

TRUCKEE MEADOWS FUNDING, INC.;
JOAN H. ANDERSON; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC. [MERS]; CAL-WESTERN
RECONVEYANCE CORPORATION;
CITIMORTGAGE, INC.; LSI TITLE AGENCY;
TICOR TITLE OF NEVADA; STANLEY S.
SILVA; and DOES 1-25 CORPORATIONS;
DOES and ROES 1-25 Individuals, Partnerships,
or anyone claiming any interest to the property
described in the action,

Defendants.

Case No.:  3:11-cv-00285-LRH-RAM

**ORDER CANCELING LIS PENDENS**

This court issued an Order Granting Defendants CITIMORTGAGE, INC.'s and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s (MERS, together with

Citimortgage, Inc., "CMI Defendants") Motion to Dismiss without leave to amend on September 6,

2011 [Dkt. 38].

CMI Defendants request that the *Lis Pendens* Plaintiff Dan Trombly recorded against the

subject property in connection with this lawsuit be canceled.

1

1    The Court finds that Plaintiff recorded a Notice by Plaintiff of Pendency of Action (*Lis*
2  *Pendens*) on March 17, 2011, as No. 3984093 in the real property records maintained by the Washoe
3  County Recorder.  A copy of the *Lis Pendens* is attached hereto as **Exhibit A** and fully incorporated
4  by reference.
5    UPON CONSIDERATION of CMI Defendants' request to cancel the *Lis Pendens*, and good
6  cause appearing therefore, the Court herby grants Defendants their requested relief and rules as
7  follows:
8    1.    IT IS ORDERED, ADJUDGED, and DECREED that the *Lis Pendens* is hereby
9  cancelled, released and expunged.
10    2.    IT IS FURTHER ORDERED ADJUDGED and DECREED that this Order canceling
11  the *Lis Pendens* has the same effect as an expungement of the original *Lis Pendens*.
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

2

1     3.     IT IS FURTHER ORDERED ADJUDGED and DECREED that CMI Defendants

2  record a properly certified copy of this cancellation Order in the real property records of Washoe

3  county, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

DATED this 13th day of September, 2011.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3

# EXHIBIT A

FILED

2011 MAR 17 PM 12: 10

COPY

U. Jaramillo

BY_____
DEPUTY

1 Code No. 1935
2 Rick Lawton, Esquire
  State Bar Number 00694
3 1460 Hwy 95A, North #1
  Fernley, NV 89408
4 775 867 5599
  775 867 2559 [fax]
5 Attorney for Plaintiff(s)

6 IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

7 IN AND FOR THE COUNTY OF WASHOE

8

9  DAN TROMBLY,
10
11                    Plaintiff.
12 vs.
13 TRUCKEE MEADOWS FUNDING INC.; JOAN
   H. ANDERSON; MORTGAGE ELECTRONIC
14 REGISTRATION SYSTEMS, INC. [MERS];
   CAL-WESTERN RECONVEYANCE
15 CORPORATION; CITIMORTGAGE, INC.; LSI
   TITLE AGENCY; TICOR TITLE OF NEVADA;
16 STANLEY S. SILVA; and DOES 1-25
   CORPORATIONS, DOES and ROES 1-25
17 Individuals, Partnerships, or anyone claiming
   any interest to the property described in the
18 action,
19
20                    Defendants.

COPY - has not been compared
with the Original Document - WCR

Case No.   CV11 00791

Dept. No.   15

# 3984093
03/17/2011 12:59:04 PM
Requested By
RICK LAWTON
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee:   $17.00 RPTT: $0.00
Page 1 of 4

CONFORMED COPY

21                    NOTICE OF LIS PENDENS

22          NOTICE IS HEREBY GIVEN that an action has been commenced

23 TO QUIET TITLE in the above-entitled Court by the above-named Plaintiffs against the

24 above-named Defendants to quiet the title for the premises and real estate in the

25 Complaint in said action, and hereinafter described, and to determine all and every claim,

26 estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises

1

RICK LAWTON'S LAW OFFICE

1460 Hwy 95A N, Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2808
Fax: 775-575-2406
775-626-4326
rlawton@earthlink.net

1  affected by this suit are situated in the County of Washoe, State of Nevada, and is more

2  particularly described as follows:

3      Property address: 2210 CARTER, RENO, NEVADA, 89509.

4
       Property description: LOT 16 IN BLOCK C, AS SHOWN ON THE AMENDED
5      MAP OF ROCKWOOD SUBDIVISION, ACCORDING TO THE MAP
       THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF
6      WASHOE COUNTY, STATE OF NEVADA, ON APRIL 29, 1946, AS FILE
7      NO. 140715 AND AS TRACT MAP NO. 299.

8      APN: 009-265-12

9

10                              **AFFIRMATION**
       Pursuant to NRS 239B.030, I hereby certify that the foregoing document does
11             not contain the social security number of any person.

12
       Respectfully submitted this _16th_ day of March, 2011.
13

14

15  LAW OFFICE RICK LAWTON P.C.

16
    BY
17      RICK LAWTON, ESQ.
18      State Bar # 00694
        5435 Reno Hwy
19      Fallon, Nevada 89406
        (775) 867-5599
20

21

22

23

24

25

26

460 Hwy 95A N, Ste. 1
Fernley, Nevada 89408
Tr: 775-575-2208
fax: 775-575-2486
877-626-4726
rmontrick4@earthlink.net

RICK LAWTON'S LAW OFFICE